THE TRUSTEES OF COLUMBIA COLLEGE IN THE CITY OF
NEW YORK, Respondent, *v.* THE NEW YORK ELEVATED
RAILROAD COMPANY et al., Appellants.

*Trustees of Columbia College* v. *N. Y. Elevated R. R. Co.*, 135
App. Div. 916, affirmed.
(Argued May 8, 1911; decided May 30, 1911.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered December 6, 1909, affirming a judgment in favor
of plaintiff entered upon a decision of the court on trial
at Special Term in an abutting owner's action to enjoin

the maintenance of defendant's elevated railroad and for damages.

*J. Osgood Nichols* and *James L. Quackenbush* for appellants.

*Charles H. Strong* and *Charles L. Jones* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ. Absent: HISCOCK, J.